JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TIME WARNER CABLE, INC., CHARTER COMMUNICATIONS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17−cv−01355−JGB−KK<br><br>**ORDER** |

The provisions of the foregoing Consent Decree are hereby approved and compliance with all provisions thereof is HEREBY ORDERED.

Date: May 29, 2019

The Honorable Jesus G. Bernal
United States District Court Judge